In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-18-00156-CV**

**IN THE INTEREST OF M.F.S., M.F.S. AND A.F.S.**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-03-03917-CV**

## ORDER

The appellants in this case are the biological parents of M.F.S., M.F.S., and A.F.S. On May 10, 2018, this Court remanded the case to the trial court to determine whether the appellants are indigent. *See* Tex. R. Civ. P. 145. On June 5, 2018, the trial court conducted a hearing on that issue. After the hearing, the trial court executed an order finding that the appellants can afford to pay costs. Subsequently, we received and filed a supplemental clerk's record and a reporter's record.

On June 22, 2018, the appellants filed a timely motion in this Court challenging the trial court's order finding that the appellants could afford to pay costs. In the motion, the appellants complained that the trial court failed to make the

detailed findings that are required under Rule 145(f)(6) of the Texas Rules of Civil Procedure. We agree the order failed to include the detailed findings that are required by Rule 145(f)(6).

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court so that it can make detailed findings that explain why the trial court ruled that the appellants could afford to pay costs. *Id.* A supplemental clerk's record containing the trial court's detailed findings shall be filed with the Court of Appeals by **July 5, 2018**.

The appeal will be reinstated without further order of this Court when the supplemental clerk's record is filed in the Court of Appeals. The appellants may file a supplemental motion, addressing any findings made by the trial court pursuant to this order. The appellants' supplemental motion is due three days after the date on which the supplemental clerk's record is filed in the Court of Appeals. The appellee may file a response to the appellants' motion challenging the trial court's order. The response is due three days after the appellants file or waive their supplemental motion.

ORDER ENTERED June 27, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2